NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

VALLEY CITY FURNITURE COM-
PANY, Respondent.

No. 12624.

United States Court of Appeals
Sixth Circuit.

Feb. 27, 1956.

Marcel Malet-Prevost, Irving M. Her-
man, Washington, D. C., for petitioner.

Voorhies, Long, Ryan & McNair, De-
troit, Mich., for respondent.

Before SIMONS, Chief Judge, and
ALLEN and McALLISTER, Circuit
Judges.

PER CURIAM.

This petition for enforcement of an
order of the National Labor Relations
Board came on to be heard upon the rec-
ord and briefs and oral argument of
counsel;

And it appearing that the findings of
the National Labor Relations Board are
sustained upon the record and considered
as a whole;

And no reversible error appearing in
the record:

It is ordered that the petition for en-
forcement of the order of the National
Labor Relations Board issued December
15, 1954, be granted and that the said
order be and it hereby is enforced.

F. A. E. GILLMOR et al., Appellants,

v.

IOWA–ILLINOIS GAS AND ELECTRIC
COMPANY et al.

No. 15493.

United States Court of Appeals
Eighth Circuit.

Feb. 13, 1956.

F. A. E. Gillmor, Harry J. Strong and
P. H. Naber, pro se.

Charles D. Waterman, Davenport,
Iowa, Howard A. Steele, Des Moines,
Iowa, Robert Valentine, Robert W.
Greenleaf, Centerville, Iowa, R. W. Col-
flesh, Maxwell A. O'Brien, Des Moines,
Iowa, Clement F. Springer, Robert W.
Bergstrom, Chicago, Ill., E. Marshall
Thomas, Francis J. O'Connor, Dubuque,
Iowa, V. Craven Shuttleworth, Cedar
Rapids, Iowa, Byron L. Sifford, Sioux
City, Iowa, Byron Spencer, Kansas City,
Mo., Joseph J. Kelly, Earl Smith, Mason
City, Iowa, Robert H. Walker, W. Logan
Huiskamp, Keokuk, Iowa, Frederic M.
Miller and Sherwin J. Markman, Des
Moines, Iowa, for appellees.

PER CURIAM.

Motion of appellees to dismiss appeal
for lack of jurisdiction granted and ap-
peal from District Court dismissed.